## Dietrich *v.* Loughran, Appellant.

*Appeals—Delay—Paper-books—Penalty for delay.*

Where an appeal is non-prossed and it is made to appear to the court that no action was taken by the appellant after the appeal was taken out, that no paper-book was served upon the appellee and that no notice was given to the appellee of an intention to abandon the appeal, the court will impose the penalty provided by the Act of May 19, 1897, P. L. 67.

Petition to impose penalty on appeal for delay.

The petition averred that the appeal was taken on March 14, 1905, and non-prossed on October 2, 1905 for want of service of paper-book. The petition further alleged that the appellee believes that the appeal was taken solely for delay. It also averred that no paper-books had been filed and served, and that

320, (1905).] Statement of Facts—Opinion of the Court.

no notification of any kind had been given to the appellee or his counsel of any intention to abandon the appeal. The petition also charged that the assignments of error were frivolous.

An answer was filed denying that the appeal was taken solely for delay, or that the assignments of error were frivolous.

The answer averred that the paper-books had been prepared, but not filed or served. Some other matters were stated in the answer as an excuse for abandoning the appeal, but their relevancy did not appear.

*Thomas James Meagher,* for the petitioner.

*George W. Watt* and *James M. Dohan,* for the respondent.

Per Curiam, October 23, 1905:

The rule to show cause, granted October 9, 1905, is made absolute, and an additional attorney fee of $25.00 and damages at the rate of six per centum in addition to the legal interest, are awarded in favor of Frank J. Dietrich, the appellee, and against James Loughran, the appellant, in accordance with provisions of section 21 of the Act of May 19, 1897, P. L. 67.